17 So.2d 183

**Ex parte Ed WETZEL.**

**6 Div. 217.**

Supreme Court of Alabama.

Jan. 6, 1944.

Rehearing Denied March 23, 1944.

Ed Wetzel, pro se.

PER CURIAM.

Petitions consolidated; rule nisi denied; petitions dismissed.

All the Justices concur.

18 So.2d 113

**Manuel WHORTON v. STATE.**

**2 Div. 199.**

Supreme Court of Alabama.

March 2, 1944.

W. L. Hogue, of Birmingham, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Manuel Whorton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Whorton v. State, 17 So.2d 190.

Petition dismissed on motion of State. Sup.Ct.Rule 44, Code 1940, Tit. 7 Appendix, p. 1021.

GARDNER, C. J., and BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.